05-1257

AO 243 (Rev. 2/95)

**PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| UNITED STATES DISTRICT COURT | District DISTRICT OF PURTO RICO. RECEIVED AND F |  |
|---|---|---|
| Name of Movant CESAR ROBERTO CASTRO-GOMEZ. | Prisoner No. 08903-016. | Case No. 05-MAR-11-2. |
| Place of Confinement FEEDERAL CORRECTIONAL INSTITUTION, ESTILL SOUTH CAROLINA 29918. | | 3 PM 1: 36 |

UNITED STATES OF AMERICA          V.   CESAR ROBERTO CASTRO-GOMEZ. PR
                                                              (name under which convicted)

U.S. DISTRICT OFFICE
SAN JUAN, P.R.

MOTION

1. Name and location of court which entered the judgment of conviction under attack **UNITED STATES**

**DISTRICT COURT, FOR THE DISTRICT OF PUERTO RICO.**

2. Date of judgment of conviction **AUGUST 23, 2001.**

3. Length of sentence **LIFE SENTENCE.**

4. Nature of offense involved (all counts) **1) CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE**

**IN VIOLATION OF 21 U.S.C. SECTION 846 AND SECTION 2; COUNT 2) ATTEMPT TO**

**IMPORT AND POSSESS WITH INTENT TO DISTRIBUTE COCAINE ABOARD A VESSEL;**

**COUNT 3). AIDING AND ABETTING UNLAWFUL IMPORTATION OF COCAINE,SECTION 963.**

5. What was your plea? (Check one)
   (a) Not guilty          ☒
   (b) Guilty              ☐
   (c) Nolo contendere     ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

   **NOT APPLICABLE.**

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury               ☒
   (b) Judge only         ☐

7. Did you testify at the trial?
   Yes ☒          No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒          No ☐

RECEIVED & FILED
05 MAR -9 AM 10: 39
U.S. CLERK'S DISTRICT COURT
SAN JUAN, P.R.

AO 243 (Rev. 2/95)

9.  If you did appeal, answer the following:

   (a) Name of court __UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT.__

   (b) Result _____ __AFFIRMED.__

   (c) Date of result __FEBRUARY 23, 2004.__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

   Yes ☐     No ☒

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court _____ // _____

      (2) Nature of proceeding _____ // _____
      _____ // _____

      (3) Grounds raised _____ // _____
      _____ // _____
      _____ // _____
      _____ // _____
      _____ // _____

      (4) Did you receive an evidentiary hearing on your petition, application or motion?

      Yes ☐     No ☒

      (5) Result _____ __N/A__

      (6) Date of result _____ // _____

   (b) As to any second petition, application or motion give the same information:

      (1) Name of court _____ // _____

      (2) Nature of proceeding _____ // _____
      _____ // _____

      (3) Grounds raised _____ // _____
      _____ // _____
      _____ // _____
      _____ // _____
      _____ // _____

AO 243 (Rev. 2/95)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐     No ☒

(5) Result _____ // _____

(6) Date of result _____ // _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.     Yes ☐     No ☒
(2) Second petition, etc.    Yes ☐     No ☒

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____ // _____
_____ // _____
_____ // _____
_____ // _____
_____ // _____
_____ // _____
_____ // _____
_____ // _____
_____ // _____
_____ // _____
_____ // _____
_____ // _____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution:   If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(4)

AO 243 (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A.    Ground one: **TRIAL LAWYERS WERE CONSTITUTIONALLY INEFFECTIVE, AT ALL**

**PHASES OF THE TRIAL PROCEEDING.**

Supporting FACTS (state *briefly* without citing cases or law)

**SEE: MEMORANDUM OF LAW.**

B.    Ground two: **APPELLATE COUNSEL DENIED PETITIONER EFFECTIVE ASSISTANCE**

**OF COUNSEL.**

Supporting FACTS (state *briefly* without citing cases or law)

**SEE: MEMORANDUM OF LAW.**

C.    Ground three: **TRIAL COURT DENIED PETITIONER CASTRO-GOMEZ FAIR TRIAL.**

Supporting FACTS (state *briefly* without citing cases or law)

**SEE: MEMORANDUM OF LAW AND SUPPORTING FACTS.**

AO 243 (Rev. 2/95)

D.  Ground four: **PETITIONER'S FIFTH AMENDMENT RIGHT WAS VIOLATED DUE TO PROSECUTORIAL MISCONDUCT.**

Supporting FACTS (state *briefly* without citing cases or law) _____

_____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____//_____

_____//_____

_____//_____

_____//_____

_____//_____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?

Yes ☐        No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing **MS. LYDIA LIZARRIBAR-MASINI, ESQ.**
**14 CALLE O'NEIL, SUITE A, HATO REY, PR. 00918.**

(b) At arraignment and plea _____**SAME AS ABOVE.**_____

(c) At trial _____**JOSE QUETGLAS, ESQ AND LYDIA LIZARRIBAR-MASINI, ESQ.**_____

(d) At sentencing _____**LYDIA LIZARRIBAR- MASINI, ESQ.**_____

AO 243 (Rev. 2/95)

(e) On appeal _____ **LYDIA LIZARRIBAR-MASINI, ESQ.** _____

(f) In any post–conviction proceeding _____ **N/A** _____

**N/A**

(g) On appeal from any adverse ruling in a post–conviction proceeding _____ **N/A.** _____

**N/A.**

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☒     No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐     No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

**N/A.**

**N/A.**

(b) Give date and length of the above sentence: _____ **LIFE SENTENCE.** _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐     No ☒

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

**FEBRUARY 17, 2005.**
      (Date)

_____
Signature of Movant

**CESAR ROBERTO CASTRO-GOMEZ.**

(7)